## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

HEATHER PICQUELLE,

     Plaintiff,                           Case No.:  1:23-cv-15105

v.                                     Judge John F. Kness

THE PARTNERSHIPS AND UNINCORPORATED     Magistrate Judge M. David Weisman
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

## NOTICE OF DISMISSAL

     Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary

Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the

Complaint:

| NO. | DEFENDANT |
|-----|-----------|
| 58 | LOVE MEMORIALS |
| 59 | CUERO URNS |

DATED:  January 25, 2024             Respectfully submitted,

                                    */s/ Keith A. Vogt*
                                    Keith A. Vogt (Bar No. 6207971)
                                    Keith Vogt, Ltd.
                                    33 W. Jackson Blvd., #2W
                                    Chicago, Illinois 60604
                                    Telephone:312-971-6752
                                    E-mail: keith@vogtip.com

                                    ***ATTORNEY FOR PLAINTIFF***

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on January 25, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt