**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| HEATHER PICQUELLE,<br><br>               Plaintiff,<br><br>   v.<br><br>THE PARTNERSHIPS AND<br>UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED ON SCHEDULE "A",<br><br>               Defendants. | No. 23-cv-15105<br><br>Judge John F. Kness |

**FINAL JUDGMENT ORDER**

IT IS ORDERED THAT judgment is entered in favor of Plaintiff HEATHER PICQUELLE ("Picquelle" or "Plaintiff") and against all Defendants identified in the attached First Amended Schedule A who have not otherwise been dismissed from this action (the "Defaulting Defendants").

Defaulting Defendants have sold products using infringing versions of Plaintiff's federally registered copyrights, which are protected by United States Copyright Registration Nos. VA 2-348-100; VA 2-359-190; VA 2-357-171; VA 2-357-166; VA 2-357-067; VA 2-357-165; VA 2-346-283; VA 2-346-455; VA 2-346-452; VA 2-346-054; VA 2-357-163; VA 2-357-144; VA 2-357-136; VA 2-346-754; VA 2-357-143; VA 2-346-720; VA 2-357-140; VA 2-357-132; VA 2-346-717; VA 2-357-425; VA 2-357-420; VA 2-357-419; VA 2-357-174; VA 2-357-173; VA 2-357-139; VA 2-346-713; VA 2-346-715; VA 2-346-719; VA 2-346-723; VA 2-357-298; VA 2-360-669; VA 2-346-712; VA 2-345-725; VA 2-345-722; VA 2-345-728; VA 2-345-729; VA 2-357-418; VA 2-345-730; VA 2-357-131; VA 2-357-123; VA 2-357-124; VA 2-357-012; VA 2-357-125; VA 2-357-016; VA 2-357-128; VA 2-357-003; VA 2-357-142; VA 2-357-009; VA 2-

357-138; VA 2-357-133; VA 2-357-129; VA 1-899-016; VAu 1-243-078; VAu 1-242-283; and VA 1-899-017 (the "Carol Cavalaris Works"), to residents of Illinois. Defaulting Defendants are liable for willful federal copyright infringement (17 U.S.C. § 504).

IT IS FURTHER ORDERED that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a. using the Carol Cavalaris Works or any reproductions, infringing copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Carol Cavalaris product or not authorized by Picquelle to be sold in connection with the Carol Cavalaris Works;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Carol Cavalaris product or any other product produced by Picquelle, that is not Picquelle's or not produced under the authorization, control, or supervision of Picquelle and approved by Picquelle for sale under the Carol Cavalaris Works;

    c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Picquelle, or are sponsored by, approved by, or otherwise connected with Picquelle; and

    d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Picquelle, nor authorized by Picquelle to be sold or offered for sale, and which bear any of Picquelle's registered copyrights, including

2

the Carol Cavalaris Works, or any reproductions, infringing copies or colorable imitations.

2. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Defendant Internet Stores, including, without limitation, any online marketplace platforms such as Amazon Payments, Inc. ("Amazon") and Walmart Inc. ("Walmart") (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

   a. using, linking to, transferring, selling, exercising control over, or otherwise owning the Defendant Internet Stores Accounts, or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell infringing goods using the Carol Cavalaris Works; and

   b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the Carol Cavalaris Works or any reproductions, infringing copies or, colorable imitations thereof that is not a genuine Carol Cavalaris product or not authorized by Picquelle to be sold in connection with the Carol Cavalaris Works.

3. Upon Picquelle's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 2, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of infringing goods using the Carol Cavalaris Works.

4.    Under 17 U.S.C. § 504(c)(2), Picquelle is awarded statutory damages from each of the Defaulting Defendants in the amount of fifty thousand dollars ($50,000) for willful use of infringing Carol Cavalaris Works on products sold through at least the Defendant Internet Stores. This award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Complaint and in First Amended Schedule A.

5.    Any Third Party Providers holding funds for Defaulting Defendants, including Amazon and Walmart, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 4 above) or other of Defaulting Defendants' assets.

6.    All monies (up to the amount of the statutory damages awarded in Paragraph 4 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as Amazon and Walmart, are hereby released to Picquelle as partial payment of the above-identified damages, and Third Party Providers, including Amazon and Walmart, are ordered to release to Picquelle the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

7.    Until Picquelle has recovered full payment of monies owed to it by any Defaulting Defendant, Picquelle shall have the ongoing authority to commence supplemental proceedings under Rule 69 of the Federal Rules of Civil Procedure.

8.    In the event that Picquelle identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Picquelle may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants

by e-mail at the e-mail addresses identified in Exhibit 2 to the Declaration of Heather Picquelle and any e-mail addresses provided for Defaulting Defendants by third parties.

9.     The ten thousand dollars ($10,000) cash or surety bond posted by Picquelle is hereby released to Picquelle or Plaintiff's counsel, Keith Vogt Ltd., 33 West Jackson Boulevard, #2W, Chicago, Illinois, 60604. The Clerk of the Court is directed to return the cash or surety bond previously deposited with the Clerk of the Court to Picquelle or Plaintiff's counsel.

**This is a final judgment**.

SO ORDERED in No. 23-cv-15105.

Date: January 31, 2024

_____
JOHN F. KNESS
United States District Judge

## First Amended Schedule A

| No. | Defendants |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | nfreery |
| 6 | |
| 7 | |
| 8 | |
| 9 | Amz Spend less. Smile more. |
| 10 | |
| 11 | Rimedtsv |
| 12 | |
| 13 | meekiee |
| 14 | Vivianft |
| 15 | US DengDeng |
| 16 | |
| 17 | Shengmeikang |
| 18 | |
| 19 | YNINGCC |
| 20 | |
| 21 | |
| 22 | |
| 23 | 3CC1999 |
| 24 | SoneBot-(7-10 Days Delivery) |
| 25 | FAJUYIYO-7-14 Days Delivery |
| 26 | tohivh store |
| 27 | |
| 28 | Room Decoration Shop |
| 29 | Life4Gifts |
| 30 | |
| 31 | |
| 32 | wonderfullab |
| 33 | |
| 34 | DKSHANGMAO |
| 35 | xcslc |
| 36 | |

| 37 | hajiwi66 |
|----|----------|
| 38 | shanxishenyuhaoshangmaoyouxiangongsi |
| 39 | lijinhua54789 |
| 40 | hezhifeng1016 |
| 41 | Yunjiang Department |
| 42 | Jennifer F Kelley |
| 43 | yaohaiyanbeimei |
| 44 | chuxiongshinishangmaoyouxiangongsi |
| 45 | Pakky |
| 46 | Futolo |
| 47 | Nam8NgonStore |
| 48 | |
| 49 | guoshuzhen5444 |
| 50 | 海口龙华禾绮冬百货商行 |
| 51 | Joseph D Jeffe |
| 52 | gaoxukededian |
| 53 | nobadygo |
| 54 | TRUONGDANGHUNG |
| 55 | 海口龙华揭芳春商贸商行 |
| 56 | chenfenhoubaihuodian |
| 57 | zengqiulong798 |
| 58 | |
| 59 | |
| 60 | |
| 61 | |
| 62 | |
| 63 | |
| 64 | |
| 65 | shenzhenshileituoyuankejiyouxian Co. ltd |
| 66 | |
| 67 | |
| 68 | |
| 69 | |
| 70 | |
| 71 | |
| 72 | |
| 73 | |
| 74 | |
| 75 | Strungten |



| 76 | |
| 77 | |
| 78 | |
| 79 | Gallickan |
| 80 | |
| 81 | |
| 82 | |
| 83 | |
| 84 | |
| 85 | |
| 86 | |
| 87 | |
| 88 | ELFINDEA |
| 89 | |
| 90 | |
| 91 | DTBPRQ |
| 92 | |
| 93 | HHeiK |
| 94 | |
| 95 | |
| 96 | |
| 97 | |
| 98 | |
| 99 | |
| 100 | |
| 101 | |
| 102 | |
| 103 | |
| 104 | |
| 105 | |
| 106 | |
| 107 | |
| 108 | |
| 109 | |
| 110 | |
| 111 | |
| 112 | |
| 113 | |
| 114 | Airpow |

| 115 | Gudake maoyi |
|-----|--------------|
| 116 | |
| 117 | |
| 118 | |
| 119 | |
| 120 | Yubatuo Co. Ltd |
| 121 | |
| 122 | |
| 123 | |
| 124 | HIMIWAY Co.Ltd |
| 125 | Feternal |
| 126 | |
| 127 | QWANG SEA |
| 128 | Stock Market |
| 129 | SENDKEEL |
| 130 | |
| 131 | |
| 132 | |
| 133 | |
| 134 | |
| 135 | |
| 136 | NEBZCIV Essentials |
| 137 | |
| 138 | |
| 139 | Best Clothing Seller |
| 140 | Royallove |
| 141 | |
| 142 | |
| 143 | |
| 144 | |
| 145 | |
| 146 | |
| 147 | Awdenio |
| 148 | |
| 149 | |
| 150 | |
| 151 | |
| 152 | |
| 153 | |

| 154 | |
| 155 | |
| 156 | |
| 157 | |
| 158 | |
| 159 | |
| 160 | |
| 161 | |
| 162 | |
| 163 | |
| 164 | Binmer |
| 165 | |
| 166 | |
| 167 | |
| 168 | |
| 169 | |
| 170 | |
| 171 | Chenxing Artware Co. Ltd |
| 172 | CHMORA |
| 173 | raozheng |
| 174 | Key bang |
| 175 | |
| 176 | |
| 177 | |
| 178 | |
| 179 | |
| 180 | |
| 181 | |
| 182 | |
| 183 | |
| 184 | |
| 185 | |
| 186 | |
| 187 | |
| 188 | |
| 189 | |
| 190 | |
| 191 | |
| 192 | |
| 193 | |

