IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

HEATHER PICQUELLE,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:23-cv-15105

Judge John F. Kness

Magistrate Judge M. David Weisman

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 48 | Honeystore |
| 6 | qiyiguoxa |
| 21 | Brnmyaeo Online |
| 31 | SENDAOER |
| 36 | Andongnywell |
| 12 | Staron |
| 27 | HAQCO |
| 3 | SHENYANGWA |
| 7 | Ozmmyan✈✈10-15 Days Delivery |
| 8 | QTOCIO |
| 10 | Lmdudan |
| 16 | Gamivast（7-15 days delivery） |
| 18 | US-jyun* |
| 20 | Honey Peach |
| 22 | LEHOZIHEQ |
| 33 | Leowefowa Direct |
| 2 | DesigN |
| 110 | Jsezml Women Clothing Tops |
| 60 | yichengjiaxinkejiyouxiangongsi |
| 149 | FORHVIPS Store |
| 61 | Viwoeim |
| 62 | Yyeselk |

| | |
|---|---|
| 63 | Tawop |
| 64 | FchengtaiS Co.Ltd |
| 66 | F W Clothing |
| 67 | Bdfzl Women's Clothing Shops |
| 68 | hgsbede |
| 69 | KIHOUT |
| 70 | Auroural |
| 71 | Lilgiuy Fashion Saving |
| 72 | GaThRRgYP |
| 73 | Honeeladyy |
| 74 | CLESALE Online Store |
| 76 | Meiliwanju |
| 77 | QUYUON. |
| 78 | Fesfesfes |
| 80 | absuyy LLC |
| 81 | SELONE |
| 82 | Finelylove |
| 83 | Uorcsa |
| 84 | 7days faster delivery |
| 85 | POROPL |
| 86 | Womens Clothes Prime Day Deals |
| 87 | UHUYA |
| 89 | WXLWZYWL |
| 90 | REORIAFEE Fashion Clothing |
| 92 | JUAN Co.ltd |
| 94 | Efsteb |
| 95 | 8-12 days delivery Dianli |
| 96 | VALMASS Stylish Clothes |
| 97 | KINPLE |
| 98 | SZWZ Technology |
| 99 | Cethrio |
| 100 | PATLOLLAV |
| 101 | YanHoo |
| 102 | cllios |
| 103 | UPPADA |
| 104 | Gulas Co.Ltd |
| 105 | TIANEK CLOTH |
| 106 | BASKUWISH |
| 107 | pbnbp Fall Fashion 2023 |
| 108 | Wenini Dresses |
| 109 | OVBMPZD Garments |
| 111 | Snoarin |
| 112 | HTNBO-Womens Clothing |
| 113 | Clearance Sale MIANHT |
| 114 | Airpow |
| 116 | CQCYD |

| | |
|---|---|
| 117 | Dyegold |
| 118 | ZVAVZ |
| 119 | ZyeKqe Clothing |
| 121 | Brglopf |
| 122 | FAIWAD Clothing |
| 123 | Dqueduo |
| 126 | Levmjia |
| 130 | SYW E-Commerce |
| 131 | Timegard Online Shop |
| 132 | Qonioi |
| 133 | Lopecy-Sta |
| 134 | Daqian |
| 135 | Besolor Clothing |
| 137 | Fatuov Store Co. Ltd |
| 138 | APEXFWDT |
| 141 | JWZUY |
| 142 | Olyvenn |
| 143 | SEROYE-Fashion clothing |
| 144 | OKBOP |
| 145 | Lovskoo Fashion |
| 146 | jsaierl |
| 148 | SBYOJLPB Clearance |
| 150 | NAMANYLE |
| 151 | qipopiq |
| 152 | RQYYD |
| 153 | Zunfeo Co.Ltd |
| 154 | Zpanxa |
| 155 | Kayannuo |
| 156 | Good Living Hall |
| 157 | Idoravan |
| 158 | UTTOASFAY Clearance |
| 159 | yoeyez |
| 160 | Puntoco Clearance |
| 161 | absuyy fashion |
| 162 | Rewenti |
| 163 | Vivianyo HD |
| 165 | Homenesgenics |
| 166 | SZDYR Co.Ltd |
| 167 | Odeerbi |
| 168 | MaTPR |
| 169 | NARABB |
| 170 | JIUKE |
| 175 | Fengqque |
| 176 | Ersazi Clearance sale |
| 177 | YODETEY |
| 178 | Deagia |

| | |
|---|---|
| 179 | Inleife |
| 180 | Kizly |
| 181 | VSSSJ |
| 182 | MMDZ |
| 183 | wavsuf Fashion |
| 184 | Fanxing |
| 185 | Fashionistas Choice Gaecuwa |
| 186 | loopsun |
| 188 | Sinimoko |
| 189 | yio1128 |
| 190 | Ecqkame |
| 191 | uublik Company |
| 192 | Mrat |
| 193 | WHLBF |
| 194 | IELSKGS Clothing Shop |
| 195 | Juebong |
| 196 | Naughtyhood E-Commerce |
| 197 | Jing Sai |
| 198 | UHEOUN |
| 200 | DAETIROS |
| 201 | VONCOS |
| 203 | YANHAIGONG |
| 204 | TIHLMK |

DATED:  February 2, 2024     Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone:312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on February 2, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

/s/ *Keith A. Vogt*
Keith A. Vogt